STROOCK & STROOCK & LAVAN LLP
DANIEL A. ROZANSKY (State Bar No. 161647)
*drozansky@stroock.com*
BENJAMIN T. POTTER (State Bar No. 260588)
*bpotter@stroock.com*
CRYSTAL JONELIS (State Bar No. 265335)
*cjonelis@stroock.com*
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
E-Mail:  lacalendar@stroock.com

Attorneys for Plaintiff
 ARAMID ENTERTAINMENT FUND LIMITED

**ORIGINAL**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| ARAMID ENTERTAINMENT FUND LIMITED, a company,<br><br>Plaintiff,<br><br>vs.<br><br>LIBRARY ASSET ACQUISITION COMPANY LTD., a company,<br><br>Defendant. | Case No. CV10 2258 JHN (FFMx)<br><br>[~~PROPOSED~~] **ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

LA 51251656

TO DEFENDANT TFC LIBRARY, LLC AND ITS ATTORNEYS OF RECORD:

UPON CONSIDERATION of the Application of Aramid Entertainment Fund Limited ("Plaintiff") for a Temporary Restraining Order and Order to Show Cause (the "Application"), and based upon the facts shown in the Declarations of David Molner and Eric Harbert in support of the Application, and the exhibits attached thereto, and the Memorandum of Points and Authorities in Support of the Application filed by Plaintiff, and the Request for Judicial Notice and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. A hearing is set on 4/19/10, 2010 at 2:00 a.m./p.m. in Courtroom 790 for the Honorable J. Nguyen located at _____, Los Angeles, California, or as soon thereafter as counsel may be heard, at which TFC Library, LLC is ordered to show cause why a Preliminary Injunction should not be ordered pending trial in this action, enjoining Library Asset Acquisition Company Ltd., its officers, agents, servants, employees and attorneys, and those persons acting in concert or participation with it or them, from:

   A. ~~Conducting the proposed foreclosure sale on April 1, 2010;~~ (moot)

   B. Marketing, advertising or otherwise promoting any sale, auction, lease license or other disposition of the motion picture Black Water Transit; and

   C. Taking any steps in furtherance of the foregoing.

2. This Order to Show Cause Shall be served on Library Asset Acquisition Company Ltd., no later than 4/2/10, ~~2010~~;

3. Any opposition to the issuance of a Preliminary Injunction shall be filed and served on Plaintiff so as to be received no later than 4/9/10, ~~2010~~; and

- 1 -

LA 51251656

1      4.    Plaintiffs shall be entitled to file and serve a brief reply no later than 4/14/10 ~~2010~~ by 12:00 ~~a.m.~~/p.m.

DATED: March 31, 2010

By: _____
United States District Judge for the
United States District Court of the
Central District of California

Submitted by:

STROOCK & STROOCK & LAVAN LLP
DANIEL A. ROZANSKY
BENJAMIN T. POTTER

By: _____
    Daniel A. Rozansky

Attorneys for Plaintiff
Aramid Entertainment Fund Limited

- 2 -

LA 51251656